# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EMILY ORBISON, | |
| *Plaintiff,* | Case No. 3:25-cv-01163 |
| | District Judge Aleta Trauger |
| vs | |
| WILLIAMSON COUNTY SCHOOLS, and JASON GOLDEN, SUPERINTENDENT OF WILLIAMSON COUNTY SCHOOLS, | |
| *Defendants.* | |

## RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Come Defendants Williamson County Schools and Jason Golden, Superintendent, and would show to this Honorable Court that they do not oppose the specific relief outlined in Plaintiff's "Motion for Temporary Restraining Order and Preliminary Injunction". Defendants would show that although they reserve the right to vigorously contest the factual allegations submitted by Plaintiff in support of the Motion and to defend against the claims contained in the Complaint, they do not oppose allowing Plaintiff to go to her daughter's school, have contact with kindergarten staff, participate in school events at or related to her daughter's school, or have contact with her daughter's classmates, all in her capacity as the mother of a Williamson County Schools student.

Immediately upon being made aware of the intended filing of the Motion for Temporary Restraining Order and Preliminary Injunction, and prior to its filing, Williamson County Schools offered, through counsel, to enter into an agreed order regarding this subject matter, and remains

willing to do so. The Defendant's decision not to oppose the particular extraordinary relief sought is not an admission of any allegation made in the Complaint or the papers filed in support of the Motion, nor a waiver of any defense Defendants may raise in future pleadings. In support of this response, Defendants submit the Affidavit of Lisa Carson.

    Respectfully submitted,

/s/ Lisa M. Carson
Lisa M. Carson, BPR# 14782
**BUERGER, MOSELEY & CARSON, PLC**
*Attorney for Defendants*
4068 Rural Plains Circle, Suite 100
Franklin, TN 37064
Telephone: (615) 794-8850
lcarson@buergerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically filed and delivered via the Court's ECF-Filing System to Attorney for Plaintiff Kyle Mothershead, Relentless Advocacy, PLLC, 7000 Executive Center Drive, Suite 240, Brentwood, TN 37027 on this 13th day of October, 2025.

/s/ Lisa M. Carson
Lisa M. Carson