IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EMILY ORBISON, | ) |
| | ) |
| *Plaintiff,* | ) Case No. 3:25-cv-01163 |
| | ) District Judge Aleta Trauger |
| vs | ) |
| | ) |
| WILLIAMSON COUNTY SCHOOLS, | ) |
| and JASON GOLDEN, | ) |
| SUPERINTENDENT OF | ) |
| WILLIAMSON COUNTY SCHOOLS, | ) |
| | ) |
| *Defendants.* | ) |

## AFFIDAVIT OF LISA M. CARSON

Lisa M. Carson, being first duly sworn, deposes and says:

1. I am over the age of eighteen and am otherwise competent to make this affidavit.

2. I am outside counsel for Williamson County Board of Education (WCBOE), and represent WCBOE and its Superintendent, Jason Golden, in this matter.

3. My firm was contacted by Plaintiff's counsel this morning. Plaintiff's counsel advised my partner, Courtney King, that he intended to seek a Temporary Restraining Order (TRO) regarding limitations on his client's ability to participate in events and activities at her daughter's school and to communicate with educators about her daughter's education.

4. At the time my partner was contacted, I was on my way to a meeting with Williamson County Schools' officials to discuss the pending suspension of the Plaintiff. Williamson County Schools had "Fall Break" last week, and school administrative offices were closed. District officials and I had scheduled a meeting for this morning to discuss the matter immediately upon return from that break.

5. Upon Ms. King contacting me, I asked her to let counsel know I was meeting with my client and would likely be able to agree to the relief he sought within the next hour or two. Ms. King conveyed this message to Plaintiff's counsel, who indicated he intended to file his Motion anyway.

6. When Ms. King communicated back with me, I had arrived at school offices and was meeting with Williamson County Schools' officials, who authorized me to agree to the relief sought. I immediately emailed and texted Plaintiff's counsel to advise that he would not need a temporary restraining order to obtain relief, as the Defendants were agreeable to the relief he sought. My text message stated: "Mr. Mothershead, this is Lisa Carson. I'm meeting with my client currently on the Orbison matter and we are happy to enter an agreed order on the parent involvement issues." My email stated, "My client is addressing the parenting issue today. A TRO application is not necessary on that issue, and I'm happy to enter an agreed order. "

7. Counsel then filed the instant Motion.

8. While Defendants dispute many of the assertions made in the Motion and in the Complaint, they do not oppose the particular relief sought in the TRO Motion.

Further deponent saith not.

_____
Lisa M. Carson

STATE OF TENNESSEE    )
COUNTY OF WILLIAMSON  )

Sworn to and subscribed before me this 13th day of October, 2025.

_____
Notary Public

My Commission Expires: 7/25/2027

Respectfully submitted,

/s/ Lisa M. Carson
Lisa M. Carson, BPR# 14782
**BUERGER, MOSELEY & CARSON, PLC**
*Attorney for Defendants*
4068 Rural Plains Circle, Suite 100
Franklin, TN 37064
Telephone: (615) 794-8850
lcarson@buergerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically filed and delivered via the Court's ECF-Filing System to Attorney for Plaintiff Kyle Mothershead, Relentless Advocacy, PLLC, 7000 Executive Center Drive, Suite 240, Brentwood, TN 37027 on this 13th day of October, 2025.

/s/ Lisa M. Carson
Lisa M. Carson