# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EMILY ORBISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:25-cv-1163 |
| ) | Judge Trauger |
| WILLIAMSON COUNTY SCHOOLS, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

In light of the position of the defendants reflected in the Affidavit of Lisa M. Carson filed on October 13, 2025 (Doc. No. 10), it is hereby ORDERED that the parties shall draft for the court's consideration an agreed preliminary injunction granting the relief requested by the plaintiff.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge