IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| EMILY ORBISON ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No: 3:25-cv-1163 |
| ) | |
| WILLIAMSON COUNTY SCHOOLS, ) | |
| ) | Judge: Trauger |
| JASON GOLDEN, ) | |
| SUPERINTENDENT OF ) | |
| WILLIAMSON COUNTY SCHOOLS, ) | JURY DEMAND |
| In both his personal and ) | |
| official capacities. ) | |
| ) | |
| *Defendants*. ) | |

### Preliminary Injunction Order

Plaintiff has filed a motion pursuant to Federal Rule of Civil Procedure 65 asking the Court to issue a temporary restraining order and preliminary injunction requiring Defendants to terminate any prohibition on Ms. Orbison going inside her daughter's public Williamson County Schools ("WCS") kindergarten, having contact with the kindergarten staff, participating in school events, and having contact with her daughter's kindergarten schoolmates in Ms. Orbison's capacity as the mother of a WCS student. (ECF 6, Motion).

Defendants have filed a response indicating that while they dispute the factual allegations submitted by Plaintiff in support of the Motion and reserve the right to raise all defenses related to such allegations, they do not oppose Plaintiff's specific request for preliminary injunctive relief. (ECF 9, Response).

Based on the record before the Court, and Defendant's expressed lack of opposition, the Court hereby GRANTS Plaintiff's motion for preliminary injunction. Further, the Court denies

1
Case 3:25-cv-01163    Document 13    Filed 10/16/25    Page 1 of 3 PageID #: 80

Plaintiff's request for a temporary restraining order as moot. The Court hereby issues the following preliminary injunction:

Pending the conclusion of this litigation and/or further order of the Court, the Court hereby enjoins Defendants, Defendants' officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with any of the foregoing, from restricting Ms. Orbison in her capacity as a mother in any of the following ways, other than per the ordinary WCS rules, regulations, and protocols that apply to all WCS parents:

- From going into her daughter's WCS public school;
- From having contact with Ms. Orbison's daughter's public school staff and administration;
- From participating in her daughter's public school events, field trips, and parent volunteering opportunities;
- From having contact with her daughter's public school classmates and/or their parents.

It is so ordered.

_____
Aleta Trauger
District Judge

Approved for entry:

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953
Relentless Advocacy, PLLC
7000 Executive Center Drive, Suite 240
Brentwood, TN 37027
T: (615) 891-3901 / F: (615) 229-6387
E: Kyle@relentlesslaw.com

<u>/s/ Lisa M. Carson</u>
Lisa M. Carson, BPR #014782
Buerger, Moseley & Carson, PLC
4068 Rural Plains Circle, Suite 100
Franklin, Tennessee 37064
T: (615) 794-8850 / F: (615) 794-8850
E: lcarson@buergerlaw.com