IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EMILY ORBISON, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 3:25-cv-01163 |
| | ) | District Judge Aleta Trauger |
| vs | ) | |
| | ) | |
| WILLIAMSON COUNTY SCHOOLS, | ) | |
| and JASON GOLDEN, | ) | |
| SUPERINTENDENT OF | ) | |
| WILLIAMSON COUNTY SCHOOLS, | ) | |
| | ) | |
| *Defendants*. | ) | |

## DEFENDANT WILLIAMSON COUNTY SCHOOL DISTRICT'S MOTION TO DISMISS

Comes now Defendant Williamson County School District ("WCS"), pursuant to Fed. R. Civ. Pr. 12(b)(6), and respectfully moves this Court to dismiss Plaintiff's claims against it for failure to state a claim upon which relief can be granted. In support of this motion, WCS would state the following:

Plaintiff's claims against WCS arising under 42 U.S.C. §1983 and the First Amendment should be dismissed for failure to state a claim upon which relief can be granted. The Complaint fails to allege facts sufficient to support a claim of municipal liability where it does not allege facts establishing that the actions in question were taken pursuant to a policy, practice or custom of the governmental entity. Plaintiff's First Amendment rights were not violated by the decision to suspend her pending investigation, where at the time of the suspension, it was appropriate to balance Plaintiff's rights against WCS's rights to protect students and staff and avoid disruption of operations. Plaintiff's claims of Fourteenth Amendment interference with parental rights

likewise fail, because the Complaint fails to allege facts establishing that any action was taken pursuant to a policy, practice or custom of the governmental entity, and where Plaintiff's parental rights were not the subject of substantial infringement so as to implicate a liberty interest. Finally, Plaintiff's claims under state law should be dismissed because Plaintiff's parental rights were not the subject of substantial infringement, and because the Court should decline to exercise supplemental jurisdiction where the subject matter is interpretation of a state statute.

In support of this motion, Defendant WCS submits the attached Memorandum of Law.

Respectfully submitted,

/s/ Lisa M. Carson
Lisa M. Carson, BPR #014782
**BUERGER, MOSELEY & CARSON, PLC**
*Attorney for Defendants*
4068 Rural Plains Circle, Suite 100
Franklin, TN 37064
Telephone: (615) 794-8850
lcarson@buergerlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically filed and delivered via the Court's ECF-Filing System to Attorney for Plaintiff Kyle Mothershead, Relentless Advocacy, PLLC, 7000 Executive Center Drive, Suite 240, Brentwood, TN 37027 on this the 13th day of November, 2025.

/s/ Lisa M. Carson
Lisa M. Carson