IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EMILY ORBISON, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 3:25-cv-01163 |
| | ) | District Judge Aleta Trauger |
| vs | ) | |
| | ) | |
| WILLIAMSON COUNTY SCHOOLS, | ) | |
| and JASON GOLDEN, | ) | |
| SUPERINTENDENT OF | ) | |
| WILLIAMSON COUNTY SCHOOLS, | ) | |
| | ) | |
| *Defendants.* | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF WILLIAMSON COUNTY SCHOOLS MOTION TO DISMISS**

Exhibit 1
Reinstatement Letter

1320 West Main Street, Suite 202
Franklin, Tennessee 37064-3700
Phone (615) 472-4000
Fax (615) 472-5619
Website: http://www.wcs.edu

Monday, November 10, 2025

Emily Orbison

Franklin, TN 37069

Employee ID:

Dear Ms. Orbison,

On September 15, 2025, you were suspended pending an investigation regarding an allegation that you engaged in unprofessional conduct and violated the teacher code of ethics.

The investigation has concluded, and it has been determined that your actions did not justify employee discipline.

You will be returned to work effective Tuesday, November 11, 2025 and back paid for all of the days you were suspended while the investigation took place.

On behalf of Williamson County Schools,

Jason A. Golden
Superintendent of Schools

*My signature below confirms my receipt of a copy of this letter.*

Emily Orbison    11-10-25
Signature         Date

[Witness signature]  11/10/25
Witness              Date

Cc: Dr. Shane Pantall, Principal Franklin High School
    Dr. Leigh Webb, Assistant Superintendent of Secondary Education
    Human Resources File