IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EMILY ORBISON, | ) |
| | ) |
|    *Plaintiff*, | )    Case No. 3:25-cv-01163 |
| | )    District Judge Aleta Trauger |
| vs | ) |
| | ) |
| WILLIAMSON COUNTY SCHOOLS, | ) |
| and JASON GOLDEN, | ) |
| SUPERINTENDENT OF | ) |
| WILLIAMSON COUNTY SCHOOLS, | ) |
| | ) |
|    *Defendants*. | ) |

## DEFENDANT JASON GOLDEN'S MOTION TO DISMISS

Comes now Defendant Jason Golden ("Golden"), pursuant to Fed. R. Civ. Pr. 12(b)(6), and respectfully moves this Court to dismiss Plaintiff's claims against him for failure to state a claim upon which relief can be granted. In support of his motion, Golden would state the following:

Plaintiff's claims against Golden arising under 42 U.S.C. §1983 and the First Amendment should be dismissed for failure to state a claim upon which relief can be granted. The claims against Golden in his official capacity are in reality claims against the governmental entity and should therefore be dismissed. As to the individual liability claims, Golden did not retaliate against Plaintiff for exercise of her First Amendment rights, and in any event, is entitled to qualified immunity where he did not violate any clearly established law. Plaintiff's First Amendment rights were not violated by the decision to suspend her pending investigation, where at the time of the suspension, it was appropriate to balance Plaintiff's rights against WCS's rights to protect students and staff and avoid disruption of operations. Plaintiff's claims of Fourteenth Amendment interference with parental rights likewise fail, because Plaintiff alleges no direct involvement by

1

Golden in interference with her rights and even if she did, Golden would be entitled to qualified immunity where Plaintiff's parental rights were not the subject of substantial infringement and where Golden did not violate any clearly established law related to same.

In support of this motion, Defendant Jason Golden submits the attached Memorandum of Law.

Respectfully submitted,

/s/ Lisa M. Carson
Lisa M. Carson, BPR #014782
**BUERGER, MOSELEY & CARSON, PLC**
*Attorney for Defendants*
4068 Rural Plains Circle, Suite 100
Franklin, TN 37064
Telephone: (615) 794-8850
lcarson@buergerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically filed and delivered via the Court's ECF-Filing System to Attorney for Plaintiff Kyle Mothershead, Relentless Advocacy, PLLC, 7000 Executive Center Drive, Suite 240, Brentwood, TN 37027 on this the 13th day of November, 2025.

/s/ Lisa M. Carson
Lisa M. Carson