# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **EMILY ORBISON,** | ) | |
| | ) | |
| *Plaintiff,* | ) | **Case No. 3:25-cv-01163** |
| | ) | **District Judge Aleta Trauger** |
| **vs** | ) | |
| | ) | |
| **WILLIAMSON COUNTY SCHOOLS,** | ) | |
| **and JASON GOLDEN,** | ) | |
| **SUPERINTENDENT OF** | ) | |
| **WILLIAMSON COUNTY SCHOOLS,** | ) | |
| | ) | |
| *Defendants.* | ) | |

## JOINT RESOLUTION REPORT

Come the parties, and pursuant to this Court's order dated December 1, 2025 (Doc. 21), submit this Joint Resolution Report. The parties have resolved all matters in this case, and a stipulation of dismissal will be submitted as soon as practicable, but no later than January 9, 2025.

Respectfully submitted,

/s/ Lisa M. Carson
Lisa M. Carson, BPR# 14782
BUERGER, MOSELEY & CARSON, PLC
*Attorney for Defendants*
4068 Rural Plains Circle, Suite 100
Franklin, TN 37064
Telephone: (615) 794-8850
lcarson@buergerlaw.com

/s/ Kyle Mothershead
Kyle Mothershead, BPR#22953
Relentless Advocacy, PLLC
7000 Executive Center Drive, Suite 240
Brentwood, TN 37027
Telephone: (615) 891-3901
Kyle@relentlesslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically filed and delivered via the Court's ECF-Filing System to Attorney for Plaintiff Kyle Mothershead, Relentless Advocacy, PLLC, 7000 Executive Center Drive, Suite 240, Brentwood, TN 37027 on this 12th day of December, 2025.

/s/ Lisa M. Carson
Lisa M. Carson