IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EMILY ORBISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:25-cv-1163 |
| ) | Judge Trauger |
| WILLIAMSON COUNTY SCHOOLS, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within thirty (30) days of the entry of this Order.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge